Jared T. Walker (SB#269029)
2020 Capitol Avenue
Suite 7
Sacramento, CA 95811
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com

Attorney for Plaintiff,
ANNA L. MEANS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANNA L. MEANS, | ) | Case No. 2:15-CV-00327-CKD |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| v. | ) ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) ) | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her Motion for Summary Judgment be extended for 30 days until September 4, 2015. This is Plaintiff's first request for an extension of time to file her Motion for Summary Judgment. Despite due diligence, Plaintiff's counsel requires additional time to further review the file and prepare Plaintiff's motion due to counsel's work load involving other deadlines in unrelated matters during this time period.

///

///

///

///

///

///

///

The parties further stipulate that all other scheduling matters set forth in the Court's Scheduling Order will remain unchanged.

Dated: August 3, 2015                     Respectfully submitted,

                                          By:    /s/ *Jared Walker*
                                                 Jared T. Walker,
                                                 Attorney for Plaintiff

Dated: August 3, 2015                     BENJAMIN B. WAGNER
                                          United States Attorney
                                          DONNA CALVERT
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          By:    /s/ *Timothy R. Bolin* *
                                                 (*as authorized via email on 8/3/15)
                                                 Timothy R. Bolin,
                                                 Special Assistant United States Attorney

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  August 6, 2015

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE