Jared Walker (SB#269029)
2020 Capitol Avenue
Suite 7
Sacramento, CA 95811
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com

Attorney for Plaintiff,
ANNA L. MEANS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANNA L. MEANS, | Case No.: 2:15-CV-00327-KJM-CKD |
|---|---|
| PLAINTIFF, | |
| V. | STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 38 U.S.C. § 2412(D) |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Anna L. Means (Plaintiff) be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of Seven Thousand Five Hundred Dollars ($7,500.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

Upon the Court's issuance of an order granting EAJA fees to Plaintiff, the government will determine the issue of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to <u>Astrue v. Ratliff</u>, 560 U.S. 586, 597-598 (2010), the ability to honor the assignment will depend on if the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government will cause the payment of fees to be made

directly to Plaintiff's attorney, LAW OFFICE OF JARED T. WALKER, P.C., pursuant to the assignment executed by Plaintiff. Any payments made will be delivered to JARED T. WALKER.

This stipulation constitutes a settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA or otherwise. Payment of the agreed amount will constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's attorney including LAW OFFICE OF JARED T. WALKER, P.C., may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security attorney fees under 42 U.S.C. § 406, subject to the savings clause provisions of the EAJA.

Dated:  April 6, 2016                                     Respectfully submitted,

                                                        /s/ *Jared Walker*
                                                        JARED T. WALKER,
                                                        Attorney for Plaintiff


                                                        BENJAMIN WAGNER
                                                        United States Attorney

Dated: April 6, 2016                         By:     /s/ *Timothy R. Bolin**
                                                        [*as authorized via email on 4/6/2016]
                                                        TIMOTH R. BOLIN
                                                        Special Assistant United States Attorney
                                                        Attorneys for Defendant

# ORDER

Based upon the parties' Stipulation for Award of Attorney Fees pursuant to the Equal Access to Justice Act (EAJA),

IT IS ORDERED that EAJA fees are awarded to plaintiff in the amount of Seven Thousand Five Hundred Dollars ($7,500.00) subject to the terms of the parties' foregoing Stipulation.

Dated:  April 7, 2016

                                                        _____
                                                        CAROLYN K. DELANEY
                                                        UNITED STATES MAGISTRATE JUDGE